# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0266**
Harvey Caffey, Jr. v. State of Alabama (Appeal from Mobile Circuit Court: CC-22-2850)

## **NOTICE**

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk